IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO SILVA RAMIREZ,

    Petitioner,               No. 2:08-cv-1055 GEB JFM (HC)

    vs.

M.C. KRAMER, Warden,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 5, 2008 request for an extension of time is granted; and

    2. Petitioner is granted until September 5, 2008, in which to file his opposition. Respondent's reply shall be filed seven days thereafter.

DATED: August 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; rami1055.111