IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO SILVA RAMIREZ,

    Petitioner,                   No. 2:08-cv-1055 GEB JFM (HC)

    vs.

M.C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 14, 2008, respondent filed a motion to dismiss this action as barred by the statute of limitations. On September 9, 2008, petitioner filed an opposition. Petitioner contends he is entitled to he is entitled to a later statute of limitations start date for two reasons. First, he suffered an "unconstitutional impediment within the meaning of 28 U.S.C. § 2244(d)(1)(B)" (Opp'n at 4), on June 20, 2005 when the California Supreme Court in People v. Black, 35 Cal.4th 1238 (2005), found that Blakely v. Washington, 542 U.S. 296 (2004) did not apply to California's Determinative Sentencing Law. (Opp'n at 4.) Second, under 28 U.S.C. § 2244(d)(1)(C), there was an intervening change in the law that overruled Black and held that the DSL was constitutionally invalid, Cunningham v. California, ___ U.S.,

1

1  127 S.Ct. 856 (2007).  Finally, petitioner contends he is also entitled to equitable tolling based
2  on the intervening change in the law and because he did not receive a copy of the California
3  Supreme Court's order denying his petition for review until September 24, 2007, when his court-
4  appointed appellate counsel provided him a copy of the order.  (Opp'n at 7, citing Pet. at Ex. C.)
5       In light of Butler v. Curry, 528 F.3d 624, 639 (9th Cir. 2008), the respondent will
6  be directed to file a reply to petitioner's September 9, 2008 filing within ten days.
7       Accordingly, IT IS HEREBY ORDERED that respondent shall file a reply to
8  petitioner's September 9, 2008 opposition within ten days from the date of this order.
9  DATED:  September 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; rami1055.fb