IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUSTAVO SILVA RAMIREZ,** | CIV S-08-1055 GEB JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. Respondent's October 2, 2008 request (docket no. 15) is granted; and

2. On or before November 2, 2008, respondent shall file a reply to petitioner's opposition to the motion to dismiss.

Dated: October 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/rami1055.eot