IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO SILVA RAMIREZ,

    Petitioner,                   2:08-cv-1055-GEB-JFM-HC

    vs.

M.C. KRAMER, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On January 14, 2009, petitioner was granted an extension of time until February 5, 2009 in which to file objections.  That date has now passed, and neither party has filed objections to the findings and recommendations.

///

1

1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 11, 2008, are adopted in full;

    2. Respondents' July 14, 2008 motion to dismiss is granted; and

    3. This action is dismissed as barred by the statute of limitations.

Dated: February 26, 2009

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```